**Ralph KING, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 32887.

Court of Criminal Appeals of Texas.

March 29, 1961.

Chas. H. Dean, Plainview, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

Our prior opinion is withdrawn.

The offense is embezzlement; the punishment, 2 years.

 The indictment in this case is fatally defective because it fails to allege the ownership of the funds which were embezzled. This is a matter of substance and may be raised at any time. See Ryan v. State, 76 Tex.Cr.R. 510, 176 S.W. 49; Osborne v. State, 93 Tex.Cr.R. 54, 245 S.W. 928; and Martin v. State, 144 Tex. Cr.R. 313, 162 S.W.2d 722.

For the defect pointed out, the judgment is reversed and the prosecution is ordered dismissed.

WOODLEY, P. J., absent.